IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 09 2009
DAVID J. MALAND, CLERK
BY _____

| | | |
|---|---|---|
| JEFFREY PESARIK | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:08cv300 |
| | § | |
| MARGARET BENDER, | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 2, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default (Dkt 21) be denied, Defendant's Motion to Vacate Default and for Dismissal of Complaint (Dkt 17) be granted, the Clerk's Default be vacated, and this case be dismissed for lack of personal jurisdiction.

The court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default (Dkt 21) is **DENIED**, Defendant's Motion to Vacate Default and for Dismissal of Complaint (Dkt 17) is **GRANTED**, the Clerk's Default is **VACATED**, and this case is dismissed for lack of personal jurisdiction.

**IT IS SO ORDERED.**

SIGNED this 6th day of March, 2009.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE